IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06 CR 47-CSC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| ALEXIS E. BELL | ) | INFORMATION |

The United States Attorney charges that:

On or about the 7th of December 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, ALEXIS E. BELL, did knowingly steal, purloin, conceal and retain, with intent to convert to his use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: two (2) Sony PSPs in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*Ashlea T. Holt*
ASHLEA T. HOLT
SPECIAL ASSISTANT U.S. TORNEY
SC BAR NO. 70462
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9807

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 3:25 P.M., December 7, 2005, Jason A. Smith, a PX employee, observed a woman concealing 2 Sony PSPs in her purse. The woman then exited the PX without paying for the items. Upon contact, the woman, identified as ALEXIS E. BELL, was transported to the military police station for further processing. There she waived her rights and made a sworn statement admitting to taking the 2 PSPs without purchasing them. The items were later returned to the PX.

KRISTOPHER T. MAY, PVT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 24 day of Jan 2006.

NOTARY PUBLIC

My commission expires: 23 DEC 2006