IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR47-CSC |
| | ) | |
| ALEXIS E. BELL | ) | |

# **ORDER**

Upon consideration of the defendant's *Motion for Appointment of Counsel* (Doc. #6) filed on March 23, 2006, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 23rd day of March, 2006.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE