**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: _MAY 16, 2006_  Time: _10:20- 10:23_

TAPE NO:  _3051-CSC_  @ _542_  to  _610_

√    **INITIAL APPEARANCE**
❏    **BOND HEARING**
❏    **DETENTION HEARING**
❏    **REMOVAL HEARING (R.40)**
√    **ARRAIGNMENT**
❏    **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: _CHARLES S. COODY_      DEPUTY CLERK: _WANDA STINSON_

CASE NO. _1:06CR47-CSC_                NAME: _ALEXIS E. BELL_

AUSA: _CAPT. ASHLEA HOLT_              DEFT. ATTY: _DONNIE BETHEL_

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( √ ) CDO

USPO: _BOB PITCHER_

Defendant _____ does _√_  does NOT need an interpreter.  Interpreter  NAME:_____

---

❏kars.      Date of Arrest _____ or ❏karsr40
√ kia.      Deft. First Appearance. Advised of rights/charges.  ❏Pro/Sup Rel Violator
√ kcnsl.    Deft. First Appearance with Counsel
❏          Deft. First Appearance without Counsel
❏          Requests appointed Counsel      ❏ ORAL MOTION
❏kfinaff.   Financial Affidavit executed ❏ to be obtained by PTSO
❏koappted   ORDER appointing Community Defender Organization
❏k20appt.   Panel Attorney Appointed; ❏ to be appointed - prepare voucher
❏          Deft. Advises he will retain counsel.  Has retained _____
√ karr.     ARRAIGNMENT  √ HELD.  Plea of NOT GUILTY entered.
            √     Trial Set for _7/17/06_     ❏ PRETRIAL CONF. DATE: _____
            ❏ DISCOVERY DISCLOSURES DATE: _____
            ❏ Request Non-Jury Trial.
            ❏ GUILTY PLEA entered.
√ CONSENT to Proceed before U.S. Magistrate Judge
❏ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel.

** Deft released on summons issued and on her own recognizance until further notice from the court.