# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 1:06-cr-47-CSC |
| ) | |
| **ALEXIS E. BELL** ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Alexis E. Bell, by and through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the September Trial Docket. In support of this motion, the Defendant would show the following:

1. Defendant has submitted a request for pretrial diversion in this case and the Government is considering that request.

2. Capt Nathan Golden, the Special Assistant United States Attorney assigned to this case, concurs with Defendant's motion.

3. A Waiver of Speedy Trial will be filed forthwith.

WHEREFORE, Defendant respectfully requests that this Motion to Continue be granted.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 1:06-cr-047-CSC |
| ) | |
| ALEXIS E. BELL ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and Nathan Golden, Special Assistant U.S. Attorney, Office of the Staff Judge Advocate, Soldier Service Center, Building 5700, Fort Rucker, AL 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49