## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA      )

                                   )

VS.                                  )          1:06cr047-CSC

                                   )

ALEXIS E. BELL                     )

### WAIVER OF SPEEDY TRIAL ACT

I, ALEXIS E. BELL, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_8-17-06_
**DATE**

_8/17/06_
**DATE**

_AEB_
**DEFENDANT**

_Donna W. Bethel by Christain_
**ATTORNEY FOR DEFENDANT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **1:06cr047-CSC** |
| | ) | |
| **ALEXIS E. BELL** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery,

Alabama 36104, and Nathan Golden, Special Assistant U.S. Attorney, Office of the Staff Judge

Advocate, Soldier Service Center, Building 5700, Fort Rucker, AL 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49