IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr47-CSC |
| | ) | |
| ALEXIS E. BELL | ) | |

**ORDER**

On August 17, 2006, Attorney Nathan T. Golden filed a motion to substitute counsel in this matter and allow Attorney Ashlea T. Holt to withdraw from representation of the United States. (Doc. # 16). Attorney Golden seeks to be substituted as counsel for the government. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to substitute (doc. # 16) be and is hereby GRANTED.

Done this 18th day of August, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE