IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr47-CSC |
| | ) | |
| ALEXIS E. BELL | ) | |

**ORDER**

For good cause, it is

ORDERED that jury selection and trial presently set for the term beginning on **November 20, 2006** be and is hereby **RESET** to the term beginning on **November 6, 2006**. It is further

ORDERED that the pretrial conference presently set on **October 31, 2006, at 1:00 p.m.** be and is hereby **RESET** to **October 13, 2006, at 1:30 p.m.** in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 21st day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE