| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  OCTOBER 13, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **FTR RECORDED:   1:02 p. m. to 1:103 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:  1:06CR47-CSC**     **DEFENDANT NAME: ALEXIS E. BELL**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  KENT BRUNSON | ATTY.  DONNIE BETHEL |

√     **DISCOVERY STATUS: Complete.**

√     **PENDING MOTION STATUS:     None.**

☐     **PLEA STATUS:**

√     **TRIAL STATUS: Case will resolve through  pretrial diversion.**

√     **REMARKS:          Parties advised to get with probation to get case resolved.**