IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:06-CR-47-CSC |
| V. ) | |
| ) | |
| ALEXIS E. BELL ) | |
| ) | |
| ) | |

MOTION FOR CONTINUANCE

Comes now the United States of America, by and through its Assistant U.S. Attorney, and respectfully moves this Honorable Court to continue the jury trial in the above styled cause presently set for November 6th, 2006, and as grounds therefore states as follows:

1. That SAUSA Captain Nathan T. Golden recommended to the undersigned that Ms. Bell be considered for Pretrial Diversion.

2. That Ms. Bell's eligibility for Pretrial Diversion is being investigated currently, and the interests of justice would be best served by granting the above continuance.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135  fax
kent.brunson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1:06-CR-47-CSC |
| v. ) | |
| ) | |
| ALEXIS E. BELL ) | |
| ) | |
| ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135  fax
kent.brunson@usdoj.gov