IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-47-CSC |
| | ) | |
| ALEXIS E. BELL | ) | |

MOTION FOR LEAVE TO DISMISS INFORMATION

      Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to Alexis E. Bell on the following grounds, to wit:

      Defendant has signed a pre-trial diversion agreement.

      Respectfully submitted this the 5th day of December, 2006.

      Respectfully submitted,

      LEURA GARRETT CANARY
      UNITED STATES ATTORNEY

      /s/ Kent B. Brunson
      KENT B. BRUNSON
      One Court Street
      Montgomery, Alabama 36104
      Phone: (334) 223-7280
      FAX: (334) 223-7135
      kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:06-cr-47-CSC |
| ) | |
| ALEXIS E. BELL ) | |

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov