IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cr-47-CSC |
| | ) | |
| ALEXIS E. BELL | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Information as to Alexis E. Bell heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this 5th day of December, 2006.


　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

**DISMISSAL OF INFORMATION**

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Information heretofore filed in the above styled cause as to Alexis E. Bell.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　LEURA GARRETT CANARY
　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　/s/ Kent B. Brunson
　　　　　　　　　　　　　　KENT B. BRUNSON
　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　Phone: (334) 223-7280
　　　　　　　　　　　　　　FAX: (334) 223-7135
　　　　　　　　　　　　　　kent.brunson@usdoj.gov